

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2016

No. 04-16-00093-CV

**IN THE INTEREST OF K.A.M.**,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01503
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to May 16, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court